In the Matter of the Estate of JOSEPH D. EDDY, Deceased. THOMAS DICKSON, Individually and as Surviving Partner of the Firm of DICKSON & EDDY, Appellant. SALLY D. EDDY and THOMAS DICKSON, as Executor of JOSEPH D. EDDY, Deceased, et al., Respondents.

Argued February 25, 1943; decided April 8, 1943.

*William Roberts* for appellant.

*Henry Alan Johnston* and *Edmund M. McCarthy* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.